| DATE | 2016/12/30 | M.B/L# | MSCUYF519816 | ARRIVAL DATE | 2016/12/26 | | |
|---|---|---|---|---|---|---|---|
| IT# | V6003465186 | IT DATE | 12/21/2016 | LFD | | HBL# | WSOE |
| VESSEL NAME & VOY | | ARRIVAL PORT/ AIRPORT | | OUR REF NUMBER | | | |
| CORNELIA MAERSK/648N | | LONG BEACH,CA,US | | NYC16120589 | | | |

| LOCATION OF MERCHANDISE / TEL# | BNSF - KANSAS CITY, KS<br>32880 W. 191ST ST<br>EDGERTON, KS 66021<br>FIRMS CODE: J177 |
|---|---|
| DELIVER TO | CURWOOD JOPLIN<br>STANDARD WAREHOUSE #7A<br>3601 ENTERPRISE AVE<br>JOPLIN MO 64801<br>CONTACT: BRIAN GILPATRICK<br>PHONE: 417-625-4115 |

THE CARRIER OR CARTMAN TO WHOM THIS ORDER IS ASSIGNED WILL BE RESPONSIBLE FOR ANY STORAGE AND DEMURRAGE CHARGES RESULTING FROM NEGLIGENCE.
IMPORTANT: NOTIFY US AT ONCE IF DELIVERY CANNOT BE EFFECTED AS INSTRUCTED.

| BROKER/IMPORTER NAME | AUTHORIZED SIGNATURE | FREIGHT CHAR | |
|---|---|---|---|
| MARISOL INTERNATIONAL<br>17310 Wright St. #106<br>Omaha, NE 68130<br>TEL:402-345-9800 , FAX:402-345-0834 | Krystyna Kopciuch | ☐ COD | ☐ |
| | | ☑ COLLECT: WORLD LOGISTICS | |
| | | ☐ THIRD PARTY: | |

| TRUCKING COMPANY | DNJ INTERMODAL SERVICES | | | | DATE & SIGNATURE OF RECEIVER | NO. |
|---|---|---|---|---|---|---|
| | IS AUTHORIZED TO PICK UP THE MERCHANDISE INDICATED BELOW. | | | | | |

| COMMODITY | Container No. | SEAL NO. | CONTAINER SIZE | PICK-UP# | PIECES | WEIGHT / KGS | WEIG LB |
|---|---|---|---|---|---|---|---|
| ALUMINUM FOIL<br>CONTRACT NO: P75397<br>ORDER NO.: 8932510 | CAXU6225815 | FEX1400190 | 20'GP | | 23 | 19900.00 | 4378( |
| | MEDU3524792 | FEX1410313 | 20'GP | | 24 | 19738.50 | 4342 |
| | MSCU0203067 | FEX1400196 | 20'GP | | 24 | 19900.00 | 4378( |
| | | | | | | | |
| | | | | TOTAL: | 71.00 | 59538.50 | 13098 |

| PACKAGE COUNT VALIDATION | | NO. OF PKGS | |
|---|---|---|---|
| AGENT OF DELIVERING CARRIER | (NAME) | (TITLE) | |

Special Instructions

5

EXHIBIT "A"