# Kansas Motor Vehicle Accident Report
KDOT Form 850A Rev 1-2009

| Field | Value |
|---|---|
| Investigating Department | Kansas Highway Patrol |
| Investigating Officer Name | J. Mills |
| Badge Number | 252 |
| County | JO |
| City Name | OVERLAND PARK |
| Local Case No. | 2017000961 |
| Page of | 1 / 6 |
| Accident Severity | PO |

Amended Report: ☐
DUI: ☐
Hit & Run: ☐

| Milepost | Block No | Dir Pfx | On Road Name | Road Type | Dir Sfx | SpdLmt | Date of Accident | Time Occur. | Day |
|---|---|---|---|---|---|---|---|---|---|
| | | S | U069 | RAMP | | 45 | 01/19/2017 | 05:22 | TH |

| From Dist | Ft/Mi | From Dir | FROM/AT | Dir Pfx | Reference or At Road Name | Road Type | Dir Sfx | SpdLmt | Date Notified | Time Notif. | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | F | SE | FROM | E | College | AVE | | | 01/19/2017 | 05:30 | TH |

Accident Severity: Fatal / Injury / PDO >= $1,000 / PDO < $1,000

**Narrative:** V1 WAS TRAVELING EB ON COLLEGE, APPROACHING US-69. D1 ATTEMPTED TO COMPLETE A RIGHT TURN ONTO THE RAMP TO SB US-69. V1 OVERTURNED TOWARD THE DRIVERS SIDE OF THE VEHICLE, COMING TO REST ON THE LEFT BARRIER WALL.

Date Arrived: 01/19/2017  Time Arriv.: 05:46  Day: TH
Private Property: ☐

Latitude (AOI): 00 ON  AT
Longitude (AOI):
Photos by: K-279

**WORK ZONE TYPE**
- 00 None Apply
- 01 Construction Zone - KDOT
- 02 Maintenance Zone -
- 03 Utility Zone -
- 99 Unknown

**KDOT?** ☒ Object 1 Damaged & Nature of Damage: scratches to barrier wall
Owner Last Name: KDOT

**KDOT?** ☐ Object 2 Damaged & Nature of Damage:

**- LOCATION IN WORK ZONE (AOI)**
- 01 Before first warning sign
- 02 Advance warning area
- 03 Transition area
- 04 Activity area
- 05 Termination area  99 Unknown

ONLY CHOOSE ONE CODE PER CATEGORY UNLESS SPECIFIED OTHERWISE

**05 LIGHT CONDITIONS**
- 01 Daylight
- 02 Dawn
- 03 Dusk
- 04 Dark: street lights on
- 05 Dark: no street lights
- 99 Unknown

**04 ADVERSE WEATHER CONDITIONS**
- 00 No adverse conditions
- 01 Rain, mist, drizzle
- 02 Sleet, hail
- 03 Snow
- 04 Fog
- 05 Smoke
- 06 Strong wind
- 07 Blowing dust, sand, etc.
- 08 Freezing rain, mist, drizzle
- 14 Rain & fog
- 16 Rain & wind
- 24 Sleet & fog
- 36 Snow & wind
- 88 Other:
- 99 Unknown

**01 SURFACE TYPE  ON  AT**
- 01 Concrete
- 02 Blacktop (Asphalt)
- 03 Gravel
- 04 Dirt
- 05 Brick
- 88 Other:
- 99 Unknown

**02 SURFACE CONDITIONS  ON  AT**
- 01 Dry
- 02 Wet
- 03 Snow
- 04 Ice
- 05 Mud/dirt/sand
- 06 Debris (oil, etc.)
- 07 Standing/moving water
- 08 Slush
- 88 Other:
- 99 Unknown

**15 ACC. LOCATION (of 1st Harmful Event)**
ON ROADWAY: (within travel lanes)
- 11 Non-intersection
- 12 Intersection +
- 13 Intersection-related +
- 14 Access to Parking lot/Drvwy
- 15 Interchange Area +
- 16 On Crossover
- 17 Toll Plaza

OFF ROADWAY:
- 20 Shoulder
- 21 Roadside (not shoulder)
- 22 Median
- 23 Parking lot or Rest area
- 88 Other:
- 99 Unknown

**08 +INTERSECTION TYPE**
- 01 Four-way intersection
- 02 Five-way or more
- 03 T - intersection
- 04 Y - intersection
- 05 L - intersection
- 06 Roundabout (See Manual for Definitions)
- 07 Traffic Circle
- 08 Part of an interchange
- 99 Unknown

**ROAD SPECIAL FEATURES (up to 3)**
- 00 None  1:05  2:06  3:
- 01 Bridge
- 02 Bridge Overhead
- 03 Railroad Bridge
- 04 RRXING
- 05 Interchange
- 06 Ramp
- 99 Unknown

**ACCIDENT CLASS (mark 1 box per side)  01**
1st Harmful Event / Most Harmful Event
- 00 Other non-collision
- 01 Overturned/Rollover

COLLISION WITH:
- 02 Pedestrian
- 03 Motor vehicle in-transport*
- 04 Legally Parked Vehicle
- 05 Railway train
- 06 Pedal cyclist
- 07 Animal Type:
- 08 Fixed object**
- 09 Other object:
- 99 Unknown

**15 **FIXED OBJECT TYPE**
(mark 1 box per side if applicable)
1st Harmful Event / Most Harmful Event
- 01 Bridge structure
- 02 Bridge rail
- 03 Crash cush./Impact attenuator
- 04 Divider, median barrier
- 05 Overhead sign support
- 06 Utility devices: pole, meter, etc
- 07 Other post or pole
- 08 Building
- 09 Guardrail
- 10 Sign post
- 11 Culvert
- 12 Curb
- 13 Fence/Gate
- 14 Hydrant
- 15 Barricade
- 16 Mailbox
- 17 Ditch
- 18 Embankment
- 19 Wall
- 20 Tree
- 21 RRXING fixtures
- 88 Other:
- 99 Unknown

***COLLISION WITH VEHICLE**
(mark 1 box per side if applicable)
1st Harmful Event / Most Harmful Event
- 01 Head on
- 02 Rear end
- 03 Angle - side impact
- 04 Sideswipe: opposite direction
- 05 Sideswipe: Same direction
- 06 Backed into
- 88 Other:
- 99 Unknown

**TRAFFIC CONTROLS** (On / At Road) O/A
Type Present  OK/NF

| | 1st | 2nd |
|---|---|---|
| 00 None | O 09 OK | O 02 OK |
| 01 Officer, flagger | 3 | 3 |
| 02 Traffic signal | 3 | 3 |
| 03 Stop sign | 4 | 4 |
| 04 Flasher | 5 | 5 |
| 05 Yield sign | | |
| 06 RR gates / signal | | |
| 07 RR crossing signs | | |
| 08 No passing zone | | |
| 09 Center/Edge lines | | |
| 10 Warning signs | | |
| 11 School zone signs | | |
| 12 Parking lines | | |
| 88 Other: | | |
| 99 Unknown | | |

EXHIBIT "C"



# Occupants & Vehicles
KDOT Form 850B Rev. 1-2009

## DRIVER & PASSENGER INFORMATION
(record pedestrians on supplemental form 854)

Investigating Officer / Badge No.: TECHNICAL TROOPER MILLS 252
Local Case No.: 2017000961
Page: 3 / 6

| TU# | VIOLATIONS CHARGED | CITATION# | TU# | VIOLATIONS CHARGED (More violations in narrative ☐) | CITATION# |
|---|---|---|---|---|---|
| | Too fast for conditions | | | | |

**OFFICER'S OPINION OF APPARENT CONTRIBUTING CIRCUMSTANCES** - ENTER AS MANY AS APPLY TO THIS ACCIDENT (FACTOR TYPE, TU#, CC CODE)

D1, 35, V1, 01

| Unit # / Seat Type | DRIVER Last Name / DRIVER First Name | Middle Name / Date of Birth | DRIVER ADDRESS / City | State / Zip | Personal Phone / Work Phone | Gender / Age | SE Used / Eject/Trap | Inj Severity / Eject Path | Transpt Unit / Extrication? |
|---|---|---|---|---|---|---|---|---|---|
| TU 1 | SAMANI | MN KARIM | 13325 W 109th ST | New address? ☐ | Personal (913) 626-9698 | M | S | N | |
| ST 01 | MICHAEL | DOB 1955 | LENEXA | KS 66210 | Work | 61 | N | | ☐ |
| TU | | MN | | New address? ☐ | Personal | | | | |
| ST | | DOB | | | Work | | | | ☐ |

### TRAFFIC UNIT# 1 (01, 03, N3, X3, etc.)

| DL State | Driver's License Number | | DL Class | Driving for Employer? | CDL? |
|---|---|---|---|---|---|
| KS | K01862901 | | A | ☒ | ☒ |

**01 DR LICENSE COMPLY**
- 00 Not licensed
- 01 Valid License
- 02 Suspended
- 03 Revoked
- 04 Expired
- 05 Cancld or Denied
- 06 Disqualified
- 07 Restricted
- 99 Unknown

**RESTRICT COMPLY**
Restrictions? Y
Driver's Lic Restrictions / Complied? Y N
1: M / Y
2:
3:
4:

**COMMERCIAL ENDORSEMENTS**
1: S, 2: P, 3: T, 4: H
- Z - None
- T - Double/Triple Trailer
- P - Passenger Vehicle
- N - Tank Vehicle
- H - Placarded Haz. Material
- X - Combination Tank/HazMat
- S - School Bus
- U - Unknown

### TRAFFIC UNIT# (02, 04, N2, X4, etc.)

| DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? |
|---|---|---|---|---|
| | | | ☐ | ☐ |

**DR LICENSE COMPLY**
- 00 Not licensed
- 01 Valid License
- 02 Suspended
- 03 Revoked
- 04 Expired
- 05 Cancld or Denied
- 06 Disqualified
- 07 Restricted
- 99 Unknown

**RESTRICT COMPLY**
Restrictions? ☐

**COMMERCIAL ENDORSEMENTS** (all blank)

### SUBSTANCE USE (mark all that apply) — Unit 1
- ☐ AP - Alcohol ingested
- ☐ AC - Alcohol contributed
- ☐ DP - Illegal drugs ingested
- ☐ DC - Illegal drugs contributed
- ☐ MP - Medication ingested
- ☐ MC - Medication contributed

**METHOD OF DETERMINATION** (mark all that apply)
ALCOHOL:
- ☒ 00 No evidence of impairment
- ☐ 01 Evidential Test (Breath, Blood, etc)
- ☐ 02 Preliminary Breath Test PBT
- ☐ 03 Behavioral (Tests: HGN, walk-and-turn, one leg stand, etc.)
- ☐ 04 Passive Alcohol Sensor
- ☐ 05 Observed (Odor, staggering, slurred speech, etc)
- ☐ 06 Other (e.g. saliva test)

DRUGS: ☒

**IMPAIRMENT TEST** (mark all that apply)
- ☒ NG - No Test given
- ☐ TR - Test Refused (Alcohol/Drug)
- ☐ PT - Prelim Positive Test (PBT)
- ☐ TG - Evidentiary Test given
- ☐ RP - Results pending

ALCOHOL:
- ☐ Evidentiary Breath  0.
- ☐ Eye Fluid  0.
- ☐ Blood (BAC)  0.
- ☐ Other  0.

Drug screen result: ___

### SUBSTANCE USE — Unit 2 (all unchecked)

### Passenger rows (all blank)

| Unit # / Seat Type | PASSENGER Last / First | Middle Name / DOB | Address / City | State / Zip | Phone | Gender/Age | SE/Eject | Inj/Eject Path | Transpt/Extr |
|---|---|---|---|---|---|---|---|---|---|
| TU / ST | | | | | | | | | ☐ |
| TU / ST | | | | | | | | | ☐ |
| TU / ST | | | | | | | | | ☐ |
| TU / ST | | | | | | | | | ☐ |

Transport Unit: ___  EMS Time Notified: ___  Injured taken by: ___
EMS Arrived: ___  EMS Time@Hosp: ___  Injured taken to: ___

Transport Unit: ___  EMS Time Notified: ___  Injured taken by: ___
EMS Arrived: ___  EMS Time@Hosp: ___  Injured taken to: ___

Transport Units: A, B, C, ..., N

# Occupants & Vehicles 850B Continued

## VEHICLE # 1 (01, 03, N3, X3, etc) — SPECIAL DATA

| Field | Value |
|---|---|
| OWNER Last Name | SAMANI |
| OWNER First Name | MICHAEL |
| Middle Name | KARIM |
| OWNER ADDRESS | 13325 W 109th ST |
| New address? | ☐ |
| Personal Phone | (913) 626-9698 |
| CITY | LENEXA |
| ST | KS |
| ZIP | 66210 |
| Work Phone | |
| COLOR | RED |
| YEAR | 2006 |
| MAKE | VOLV |
| MODEL | |
| BODY STYLE | DS |
| ST | KS |
| LICENSE PLATE # | 159235 |
| County | JO |
| Exp YR | 2017 |
| Removed by | MARVINS TOW |
| MC CCs | |
| VEHICLE IDENTIFICATION NUMBER | 4V4NC9TG06N411179 |
| Dir of Travel | SE |
| # Occupants | 1 |
| Insurance Company | TRAVELERS CASUALTY & SURE |
| Policy Number | 106019956 |

### SPECIAL CONDITIONS FOR TRAFFIC UNITS: 7

1 Hit & Run  2 Non-Contact  3 Stolen  7 Towed away due to damage
4 Legally Parked  5 Pursued by LE  6 Driverless
Odometer: ___   Fire? ☐

### VEHICLE BODY TYPE: 12

01 Automobile
02 Motorcycle
03 Motor scooter or Moped
04 Van
05 Pickup truck <10,001 lbs
06 Sport utility veh - SUV
07 Camper or RV
08 Farm machinery
09 All-terrain vehicle - ATV

LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs)
10 Single heavy truck >10,000 lbs
11 Truck & trailer(s)
12 Tractor-trailer(s)
13 Cross country bus
14 School bus
15 Transit (city) bus
16 Other bus
25 Train
88 Other: ___
99 Unknown

Calculated speed at impact: ___
Bus Seat Capacity: ___
Power Source: F

### VEHICLE USE: 01

01 No special use   06 Police
02 Taxi / Limo      07 Ambulance
03 School bus       08 Fire
04 Other bus        09 Mail/Parcel
05 Military         99 Unknown

### VEHICLE DAMAGE: 03

00 None             04 Destroyed
01 Damage (minor)   88 Other: ___
02 Functional
03 Disabling        99 Unknown

### DAMAGE LOCATION AREA

First Impact: 09   Major Impact: 09

Diagram: X marks at positions 1, 2, 3A, 3B, 4, 6A, 6B, front (X X)

☐ 14 Undercarriage   ☒ 15 Windshield
☒ 16 Other windows   ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other: ___

Trailer: Present / Damaged: D

### VEH. MANU. BEFORE UNSTAB. SIT.: 03

01 Straight/following road
02 Left Turn
03 Right Turn
04 U Turn
05 Passing
06 Changing lanes
07 Avoidance man.
08 Merging
09 Parking
10 Backing
11 Stopped awaiting turn
12 Stopped in traf
13 Illegally parked
14 Disabled in roadway
15 Slowing or stopping
16 Negotiating a curve
88 Other: ___
99 Unknown

### VEHICLE SEQUENCE OF EVENTS

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 88 | 08 | 04 | 27 |

☐ The exact sequence is unknown

**NON-COLLISION**
01 Ran off road right
02 Ran off road left
03 Crossed centerline
04 Overturn/Rollover
05 Crossed median
06 Fell/Jumped from veh
07 Thrown or falling object
08 Cargo loss or shift
09 Equipment failure (tire, brakes, etc.)
10 Downhill runaway
11 Trailer swing
12 Separation of units
13 Jackknife
14 Fire
15 Explosion
16 Immersion in water
88 Other event: RIGHT TURN
98 Unknown non-coll.

**COLLISION WITH**
21 Pedestrian
22 Motor veh in-transport
23 Legally Parked Vehicle
24 Train
25 Pedal cycle (bike, etc)
26 Animal
27 Fixed Object
28 Other moveable object
99 Unknown object

## VEHICLE # 2 (02, 04, N2, X4, etc) — SPECIAL DATA

(blank — no vehicle 2 information recorded)

On 1/19/2017 at approximately 0520 hours, vehicle 1 (V1) was traveling eastbound on College approaching US-69. As V1 approached the interchange, driver 1 (D1) attempted to complete a right turn onto the ramp to enter southbound US-69. As V1 made the right turn, a combination of the vehicles speed and the load in the intermodal container shifting, caused V1 to overturn to the left, coming to rest on a barrier wall located along the left shoulder.

A CVSA Level I post-crash inspection was completed. The inspection was done at Marvin's Tow in Gardner, KS. The inspection report number is KSHP02520758. The pre-crash violations that were noted on the inspection were that the air brakes located on axles #2 & 3, all four brakes had push rods that were beyond the brake adjustment limit. Also noted on the inspection as pre-crash, and violations contributing to the cause of the crash, were the driver operating at a speed too fast and the load within the trailer not being properly secured.

| Accident Narrative 851 Continued | Officer Observations Description of Events | Witness Statements Additional Information | Local Case No. 2017000961 | Page of 1 |
|---|---|---|---|---|
| | | | | |

| Accident Narrative 851 Continued | Officer Observations Description of Events | Witness Statements Additional Information | Local Case No. 2017000961 | Page of 1 |

# HEAVY VEHICLE & HAZMAT Supplement
KDOT Form 852 Rev. 1-2009

## INFORMATION ON HEAVY VEHICLES / BUSES / HAZARDOUS MATERIALS

Investigating Officer / Badge No.: TECHNICAL TROOPER MILLS  252
Local Case No.: 2017000961
Page: 6 / 6

### MOTOR CARRIER INFORMATION

**TU #:** 1
**Carrier Name:** DNJ INTERMODAL SERVICES
**Carrier Street Address:** 3150 LENOX PARK DR STE 309
**City:** MEMPHIS
**State:** TN
**Zip:** 38115
**Phone:** (901) 746-1630
**Carrier Country:** USA

**CARRIER IDENTIFICATION NUMBER(S)**
USDOT#: 2029256
MC/MX#: 
NONE: ☐

**CARRIER TYPE:** 1
- 0 - Intrastate
- 1 - Interstate
- 2 - Not in Commerce - Other Truck or Bus
- 3 - Not in Commerce - Government Veh
- 4 - Other / Not Specified

**AT THE TIME OF CRASH, THIS VEHICLE WAS:** 01
- 01 Operating on a trafficway open to the public (In-Transport)
- 02 Parked on or off the trafficway
- 88 Other:
- 99 Unknown

**GVWR/GCWR:** 03
- 01 10,000 lbs or less
- 02 10,001-26,000 lbs
- 03 More than 26,000 lbs
- 99 Unknown
- ACTUAL WEIGHT: 80000 lbs

**SOURCE OF CARRIER NAME:** 01
- 01 Side of vehicle
- 02 Shipping papers or manifest
- 03 Driver
- 04 Logbook

**PERMITS (Issuer and Permit Number):**
1.
2.
3.

### VEHICLE INFORMATION

**TRAILER DIMENSIONS:**
- Trailer 1: WIDTH 96, LENGTH 53
- Trailer 2:
- Trailer 3:

**TRAILER(s) DAMAGED?**
- ☐ None
- ☒ Trailer 1
- ☐ Trailer 2
- ☐ Trailer 3

**OVERSIZED LOAD:**
- ☐ Height
- ☐ Weight
- ☐ Width

**TRUCK AND TRAILER TOTALS:**
- Vehicle Length (include trailer(s)): 72 ft
- No. of Trailers: 1
- No. of Axles: 5

**TRAILER 1 - IDENTIFICATION NUMBER:** LJRC2825551010757
**TRAILER 2 - IDENTIFICATION NUMBER:**
**TRAILER 3 - IDENTIFICATION NUMBER:**

### HAZMAT / ROADWAY INFORMATION

**HAZARDOUS MATERIALS INVOLVEMENT**
Did the vehicle have a Hazardous Materials Placard? ☐
If Yes, Include The Following Information From The Placard:
- HazMat 4-digit # from the diamond center box:
- HazMat Class # from the bottom of diamond:
- Was HazMat released (spilled) from THIS vehicle's cargo? ☐
- HazMat Weight (lbs):

Placard: 1090 / 3

**ON-ROAD LANE TYPE:**
- 00 Two-way traffic - Undivided roadway
- 01 One-way traffic - Undivided roadway
- 02 Two-way traffic - Median strip w/o barrier
- 03 Two-way traffic - Median strip w/ barrier
- 04 Two-way traffic - Undivided with a continuous left turn lane
- 99 Unknown

**VEHICLE ACCESS CONTROL TO ROADWAYS:**
- 00 No access control (Unlimited access - Roads with no interchanges)
- 01 Partial access control (mix of interchanges and "at-grade" intersections)
- 02 Full access control (entry/exit only by interchange ramps)
- 99 Unknown

### SEE BACK OF THIS FORM FOR EXAMPLES OF VEHICLE CONFIGURATIONS AND CARGO TYPES

**VEHICLE CONFIGURATION:** 06
- 00 Bus 9-15 passengers, including driver
- 01 Bus more than 15 passengers
- 02 Single-unit truck (2-axles)
- 03 Single-unit truck (3 or more axles)
- 04 Single-unit truck with trailer(s)
- 05 Truck Tractor only (bobtail)
- 06 Truck Tractor and semi-trailer
- 07 Truck Tractor and two trailers
- 08 Truck Tractor and three trailers
- 09 Heavy truck > 10,000 lbs cannot classify
- 10 Vehicles less than 10,000 lbs carrying hazardous materials
- 88 Other:
- 99 Unknown

**CARGO BODY TYPE:** 13
- 00 Not applicable/No cargo body
- 01 Van or Enclosed box
- 02 Hopper (e.g. Grain, Chips, Gravel)
- 03 Cargo tank (liquid, powder, etc)
- 04 Flatbed
- 05 Dump
- 06 Concrete mixer
- 07 Vehicle transporter
- 08 Garbage or refuse
- 09 Bus 9-15 people, including driver
- 10 Bus more than 15 people
- 11 Pole
- 12 Vehicle towing another motor vehicle
- 13 Intermodal chassis
- 14 Logging
- 88 Other:
- 99 Unknown

**CARGO TYPE:** 88
- 00 None
- 01 Drive away or Tow away
- 02 Explosives
- 03 Animals: farm or other
- 04 Farm products
- 05 Gases
- 06 General freight (packages)
- 07 Heavy machinery, objects
- 08 Household goods
- 09 Liquids (bulk)
- 10 Logs, poles, lumber
- 11 Metal (coils, sheets, etc)
- 12 Mobile / Modular home
- 13 Motor vehicles
- 14 Refrigerated foods
- 15 Solids (bulk)
- 16 Rock, sand, gravel, salt
- 17 Other food products
- 18 Plastic products
- 19 People
- 20 Garbage / refuse
- 21 Pavement mixture: concrete, asphalt, etc.
- 88 Other: ALUMINUM
- 99 Unknown

**CAB TYPE:** 01
- 01 Cab behind engine
- 02 Cab over engine
- 99 Unknown

**SPECIAL DATA**

| 852 cont'd | **REPORTING CRITERIA FOR HEAVY VEHICLES AND/OR HAZARDOUS MATERIALS** |
|---|---|

COMPLETE THIS SUPPLEMENT FOR EACH OF THE FOLLOWING VEHICLES INVOLVED WHERE AT LEAST ONE MOTOR VEHICLE IN-TRANSPORT WAS ON A TRAFFICWAY OPEN TO THE PUBLIC:

| >10,000 lbs | Any truck having a gross vehicle weight rating (GVW/GVWR) of more than 10,000 pounds or a gross combination weight rating (GCWR) over 10,000 pounds used on public trafficways, OR... |
| BUS | Any motor vehicle with seats to transport nine (9) or more people, including the driver OR... |
| HAZMAT | Any vehicle, regardless of weight, carrying placardable hazardous materials or displaying a hazardous materials placard. |

AND

IF THIS ACCIDENT INCLUDES:

| A FATALITY: | Any person(s) killed in or outside of any vehicle (truck, bus, car, etc.) involved in the crash or who dies within 30 days of the crash as a result of an injury sustained in the crash, OR... |
| AN INJURY: | Any person(s) injured as a result of the crash who immediately receives medical treatment away from the crash scene, OR... |
| TOW-AWAY: | Any motor vehicle (truck combination, bus, car, etc.) disabled as a result of the crash and transported away from the scene by a tow truck or other vehicle. |

## Vehicle Configuration



Revised 06/05

## Cargo Body Type



Federal Motor Carrier Safety Administration

U.S. Department of Transportation
www.fmcsa.dot.gov