**The Recovery Services Group**
Post Office Box 81855 - Las Vegas, NV 89180

February 7, 2017

Ms. Lisa Spano
Director of Operations
Worldwide Logistics Limited
80 NJ-4 #410
Paramus, NJ 08652

**Subject:**   Bill of Lading Number WSOE16110796
Shipper – Shanghai Shenhuo Aluminum Foil Co., Shanghai, China
Consignee – Kataman Metals, LLC, Metaire, Louisianna
Place of Inspection – Schmuhl Brothers, Kansas City, Kansas

Dear Ms. Spano:

On January 30, 2017, this agency was requested to contact the Schmuhl Brothers facility, located at 1134 South 12th Street in Kansas City, Kansas to inspect a shipment of aluminum foil that was damaged in transit. This inspector promptly contacted Mr. Kenny Martin with Schmuhl Brothers, and arrangements were made to complete the inspection at 1330 hours CST on February 7, 2017.

Upon arrival at the appointed time this inspector was provided escort to the location where the shipment was stored pending inspection. The shipment consisted of a grand total of: 71 packages of Aluminum Foil. This particular portion of the shipment consisted of: 24 packages of Aluminum Foil alloy-temper: 1145/O, that had a material thickness of: 0.000275 and was: 55.5 inches wide. All pursuant to contract number: P75397 reference purchase order number: 8932510, a product of China.

The Worldwide Logistics LTD provided Bill of Lading number: WSOE16110796 indicated that the weight of the entire shipment of three 20-foot ocean containers was: 59,538.50 KGS. The shipper's provided commercial invoice number: SH161573G that was dated December 8, 2016 indicated that the value of entire 71 packages of aluminum foil was $154,709.10 USD.

The packaging consisted of fully enclosed plywood crates that had been fastened with cleated nails and secured with one-inch wide (green) polymer straps that were placed around both the crate's 'X' and 'Y' axis. The crates had been fitted with 4" x 4" dimensional lumber skid runners to accommodate mechanical handling equipment.

**EXHIBIT "D"**

The aluminum foil had been rolled upon alloy metal cores and heavy covered with expanded cellular foam blankets and a transparent polyethylene film stretch-wrap vapor barrier. The rolls were suspended within the crates upon cradle supports that were fitted inside each end of the wooden crate.

The 1,550+ pound crates had been labeled with the internationally recognized handling instructions to include: *Fragile, Keep Dry* and *This End Up*. The mode of packaging appeared to be adequate in nature and customary for the subject commodity.

This inspection was predicated by reports that the shipment was involved in an un-described load-shift that was obvious to an observer by the condition of the container. Photographs were provided that depicted both sides of the 20-foot container as it was picked up at the railhead and the container appeared physically intact. Reports were that upon delivery the left (driver's) sidewall was bulging outward. Photographs were also provided that corroborated its condition.

Upon inspection the 20-foot Mediterranean Shipping container number: MEDU3524792 ISO type 22G1 was backed to the site's open-air loading dock and its left sidewall was significantly buckled outward, interior compression lines were visible and its roof was buckled upward longitudinally.

There were no visible signs of organic material anywhere on the container that could suggest that the container was involved in a rollover accident. The red plastic strap seal number: 11784754 was removed and the doors were opened to begin our inspection.

The crates within the container were found shifted laterally to the right (passenger) side and the shipper's installed air bags were all found collapsed on both sides. Over the following three hours the protracted offloading process took place which proved difficult as approximately twelve of the crate's skid runners were displaced rendering movement by mechanical handling equipment precarious.

Several of the offloaded crates were examined to find their right endwalls splintered or agape and when the lids were removed crate material was found embedded into the roll's core ends and in several circumstances the end wall had burst. A few of the rolls were found shifted laterally to the left displacing them from the core cradle supports.

Two individuals, Messers Mike Ilten and Jason Evans of Kataman Metals, explained that this type of shock would immediately telescope into the aluminum foil materal wrinkling it rendering the rolls unsuitable for use as its originally intended purpose. The site declined to unwrapp the foil and there were no facilities available to despool the rolls at the time or place of our inspection.

Our findings were consistent with reports that the shipment sustained a load-shift at some point after the dray company retrieved the container from the railhead and was in their possession. However, we were not provided with empirical evidence that the rolls had been deleteriously affected by the load-shift to the degree that would preclude their use.

Although it was not immediately convenient for the site to unpack the 24 rolls to individually examine each, the Kataman Metals personnel explained that the telescoping effects that the foil material had sustained would certainly preclude its use as originally intended.

If the cargo owner is unwilling to individually examine each of the rolls and remove any affected material in an effort to recover all intact foil, then we recommend that the aluminum foil be offered on the secondary market for a less demanding end user where value in excess of scrap should be realized.

This report and any opinions expressed within are submitted without prejudice or malice towards any of the parties concerned. This inspector reserves the right to extend, amend or amplify the contents of this report in light of additional information or as circumstances may warrant.

Attached to the bottom of this report are digital photographs taken during the course of the inspection.

Thank you for the opportunity to be of service. Should you have any questions regarding this inspection, or if we may be of any additional assistance to you, please feel free to contact The Recovery Services Group at your convenience.

Respectfully submitted,

**THE RECOVERY SERVICES GROUP**


Reviewed and submitted by:
Earl N. Chadd

Jerry Bauerly
Inspector – Kansas City

 

 





























The Recovery Services Group, Inc.
Post Office Box 81855
Las Vegas, NV 89180
(702) 400-3196 Fax (219) 934-9621

# Invoice

| Date | Invoice # |
|---|---|
| 2/10/2017 | 15403 |

Bill To

Worldwide Logistics Limited
Ms. Lisa Spano
80 NJ-4 #410
Paramus, NJ  08652

Net 30 days

| Description | Amount |
|---|---|
| Inspection of a Shipment of Aluminum Foil<br>Date of Inspection – 2/7/17<br>Bill of Lading Number – WSOE16110796<br>Shipper – Shanghai Shenhuo Aluminum Foil Co., Shanghai, China<br>Consignee – Kataman Metals, LLC, Metaire, Louisiana<br>Place of Inspection – Schmuhl Brothers, Kansas City, Kansas<br><br>1.00 hour round-trip travel between the inspection agent's office and the inspection site<br><br>3.00 hours on-site inspection of the shipment, taking digital photographs, and discussions with the inspection site personnel<br><br>1.00 hour report preparation and submission<br><br>5.00 hours total @ $79.50 per hour | 397.50 |

Please visit RSG on-line at www.rsg-isoa.com
(Tax I.D. No. 26-2118462)

**Total**  $397.50