

## Worldwide Logistics Ltd.

Date: March 9, 2017

**FORMAL CLAIM**

Carrier Name: DNJ Intermodal Services, LLC
352 S. 62nd St.,
Kansas City, KS 66111
TEL: 913 281 0044

Re: Cornelia Maersk 648N
Hb/l: WSOE 1611079G, Container#:MEDU3524792
Kataman Reference Number: P75397/2260
From/To (routing): From Shanghai via Long Beach to Joplin MO Door

Dear Sirs,

This is to inform you that we, Worldwide Logistics LTD have suffered loss to the shipment referenced above.

The container was pick-up at the rail with no damage as per pictures from rail. The container was switched to a different chassis by DNJ without authorization resulting in container and cargo damage. All documents attached.

Amount Claimed: $ 28,419.93 (material cost + customs + freight)

Number of packages damaged or lost: 24 crates

Consider this our Formal Claim.

*Lisa Spino*
Worldwide Logistics Ltd.

80 Route 4 East, Suite 410, Paramus, NJ 07652

Telephone: 201 556 0909 Fax: 201 556 1331

**EXHIBIT "E"**

# WORLDWIDE LOGISTICS LTD.

**ORIGINAL NEGOTIABLE B/L**   BL No. WSOE16110796

| SHIPPER | FORWARDING AGENT |
|---|---|
| SHANGHAI SHENHUO ALUMINIUM FOIL CO., LTD.<br>NO.3699 XIUYAN ROAD KANGQIAO INDUSTRIAL ESTATE<br>PUDONG, SHANGHAI, P.R. CHINA<br>TEL: 86-21-58136697 FAX: 86-21-58136766 | SHANGHAI KAIJUN LOGISTICS CO., LTD.<br>ROOM 1103, BUILDING B, NO. 269, HAI NING ROAD, SHANGHAI,<br>CHINA 200080<br>Tel:86-21-63937222, Fax:86-21-63937393 |
| **CONSIGNEE** | **DELIVERY AGENT** |
| KATAMAN METALS, LLC<br>4424 CHASTANT ST. SUITE 102<br>METAIRIE, LA 70006<br>ATTN: JASON OCHS<br>TEL: 504 473 8356 | WORLDWIDE LOGISTICS LTD.<br>80 ROUTE 4 EAST, SUITE 410,<br>PARAMUS, NJ 07652 OTI# 17527N<br>TEL:(201)556-0909, FAX:(201)556-1331 |
| **NOTIFY PARTY** | **SECOND NOTIFY PARTY / EXPORT REFERENCE** |
| KATAMAN METALS, LLC<br>4424 CHASTANT ST. SUITE 102<br>METAIRIE, LA 70006<br>ATTN: JASON OCHS<br>TEL: 504 473 8356 | |

| VESSEL/ VOY | CORNELIA MAERSK/648N | | |
|---|---|---|---|
| FEEDER | PLACE OF RECEIPT<br>SHANGHAI,CN | CARGO RECEIVE DATE | ON BOARD DATE<br>2016/12/12 |
| AES/ IT# | PORT OF LOADING<br>SHANGHAI,CN | PLACE OF DELIVERY<br>KANSAS CITY,KS,US | FREIGHT PAYABLE AT<br>DESTINATION |
| TYPE OF SERVICE<br>CY/DOOR | PORT OF DISCHARGE<br>LONG BEACH,CA,US | FINAL DESTINATION<br>JOPLIN,MO,US | NUMBER OF ORIGINAL B/L<br>THREE (3) |

| Marks and Numbers | QTY Type | Description of Goods | Weight Kilos | Measurement M3 |
|---|---|---|---|---|
| | | SHIPPER'S LOAD & COUNT SEAL<br>3 * 20' GP     CONTAINERS<br>AS PER ATTACHED LIST<br><br>This Shipment Contains No Wood Packing Materials | | |
| Total: | 71 | | 59538.50 | 69.000 |

**Container Nos.**
CAXU6225815/FEX1400190;MEDU3524792/FEX1410313;MSCU0203067/FEX1400196

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. Receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped, or printed.

These commodities, technology, or software were exported from the USA in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

In witness of the contract herein contained the above stated number of originals has been issued, one of which being acomplished the others(s) to be void.

Signed on behalf of the Carrier:

WORLDWIDE LOGISTICS, LTD. c/o
SHANGHAI KAIJUN LOGISTICS CO., LTD.
AS Agent

| Freight and Charges | As Arranged |
|---|---|
| Freight as | |

| Signed at | SHANGHAI | Date | 2016/12/12 | Total: | |

| Marks and Numbers | QTY Type | Description of Goods | Weight Kilos | Measurement M3 |
|---|---|---|---|---|
| ATTACHED LIST FOR | | ORIGINAL NEGOTIABLE B/L | BL NO. | WSOE16110796 |
| N/M | 23PKG | ALUMINUM FOIL<br>CONTRACT NO: P75397<br>ORDER NO.: 8932510<br>(71PKGS=71 WOODEN CASES)<br><br>FREIGHT COLLECT | 19900.00 | 23.000 |
| | 24PKG | SAY TOTAL SEVENTY ONE PACKAGES ONLY. | 19738.50 | 23.000 |
| | 24PKG | *For and on behalf of*<br>WORLDWIDE LOGISTICS LTD. | 19900.00 | 23.000 |
| Total: | 71 | | 59538.50 | 69.000 |

..................................
AS Agent

# COMMERCIAL INVOICE

| | | Invoice No.: | SH161573G |
|---|---|---|---|
| | | Invoice Date: | 2016/12/8 |

| (1) | Shipper/Seller: | SHANGHAI SHENHUO ALUMINIUM FOIL CO., LTD |
|---|---|---|
| | Address: | No. 3699 Xiuyan Road, Kangqiao Industrial Estate, Pudong, Shanghai, P.R. China<br>Tel: +86 21 58136697  Fax: +86 21 5813 6766 |
| (2) | Consignee: | KATAMAN METALS, LLC |
| | Address: | 7733 Forsyth Boulevard Suite 300 St. Louis, Missouri 63105-1833<br>Phone: 314-863-6699 |
| (3) | Loading Port: | Shanghai Port, China |
| (4) | Destination Port: | Joplin, MO |
| (5) | Term of Delivery: | FOB Shanghai, China, by Sea Freight |
| (6) | Term of Payment: | Cash Against Fax Copy of Shipping Documents |
| (7) | Goods Description: | Aluminum Foil According to Contract NO.: P75397 & PO NO.: 8932510 |

| (8) | Number of Packages | Size(Thickness*Width) | | Net Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | Inch | Inch | Lb | US$/Lb | US$ |
| | 71 | 0.000275 | 55.5 | 113,920.94 | 1.35804 | 154,709.19 |
| | TOTAL | | | 113,920.94 | | 154,709.19 |

SAY TOTAL USD ONE HUNDRED AND FIFTY FOUR THOUSAND SEVEN HUNDRED AND NINE AND NINETEEN CENTS ONLY

上海神火铝箔有限公司

SHANGHAI SHENHUO ALUMINIUM FOIL CO.,LTD

高倩

# PACKING LIST

| | | |
|---|---|---|
| | Refer to Invoice No.: | SH161573G |
| | Packing List Date: | 2016/12/8 |

| (1) | Shipper/Seller: | SHANGHAI SHENHUO ALUMINIUM FOIL CO., LTD |
|---|---|---|
| | Address: | No. 3699 Xiuyan Road, Kangqiao Industrial Estate, Pudong, Shanghai, P.R. China<br>Tel: +86 21 58136697  Fax: +86 21 5813 6766 |
| (2) | Consignee: | KATAMAN METALS, LLC |
| | Address: | 7733 Forsyth Boulevard Suite 300 St. Louis, Missouri 63105-1833<br>Phone: 314-863-6699 |
| (3) | Loading Port: | Shanghai Port, China |
| (4) | Destination Port: | Joplin, MO |
| (5) | Term of Delivery: | FOB Shanghai, China, by Sea Freight |
| (6) | Term of Payment: | Cash Against Fax Copy of Shipping Documents |
| (6) | Goods Description: | Aluminum Foil (Matte Side out)<br>According to Contract NO.: P75397 & PO NO.: 8932510 |

| (7) | Number of Packages | Size(Thickness*Width) | | Number of rolls | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|
| | | Inch | Inch | | Lb | Lb |
| | 71 | 0.000275 | 55.5 | 71 | 113,920.94 | 131,258.58 |
| | TOTAL | | | 71 | 113,920.94 | 131,258.58 |

SAY TOTAL SEVENTY ONE WOODEN CASES AND SIXTY NINE CBM

上海神火铝箔有限公司
Shirley Gao
SHANGHAI SHENHUO ALUMINIUM FOIL CO.,LTD
高倩