IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| WORLDWIDE LOGISTICS LIMITED d/b/a WORLDWIDE LOGISTICS (USA) LTD. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:18-cv-02101<br>) |
| DNJ INTERMODAL SERVICES, LLC | )<br>) |
| Serve: W. Robert Alderson, Esq.<br>Designated Agent for Service of Process<br>2101 S.W. 21st Street<br>Topeka, Kansas 66604 | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Worldwide Logistics Limited d/b/a Worldwide Logistics (USA) Ltd., ("Worldwide"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that Worldwide Logistics Limited d/b/a Worldwide Logistics (USA) Ltd. has no parent company and it is not a publicly traded entity.

Respectfully Submitted,

DYSART TAYLOR COTTER MCMONIGLE & MONTEMORE, PC

By:     <u>/s/ David M. Buffo</u>
Kenneth R. Hoffman     USDC KS # 78205
David M. Buffo     KS # 21399
4420 Madison Avenue
Kansas City, Missouri 64111-3407
Telephone:    (816) 931-2700
Facsimile:    (816) 931-7377
*Email:*    khoffman@dysarttaylor.com
*Email:*    dbuffo@dysarttaylor.com

ATTORNEYS FOR PLAINTIFF